UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOYCE MWALWA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:15-cv-1587 |
| | ) |
| INDIANA UNIVERSITY HEALTH, INC., | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. Plaintiff, Joyce Mwalwa ("Mwalwa"), by counsel, brings this action against Defendant, Indiana University Health, Inc. ("Defendant") alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et. seq.*

**II. PARTIES**

2. Mwalwa is a resident of Hamilton County in the State of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant maintains offices and conduct business within the geographical boundaries of the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 42 U.S.C. §2000e-5(f)(3).

5. Defendant is an "employer" within the meaning of 42 U.S.C. § 2000e(b).

6. Mwalwa satisfied her obligation to exhaust her administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging discrimination based on her race, sex and national origin. The EEOC issued a Notice of Right to Sue on July 28, 2015 and Mwalwa timely files this action within ninety days of her receipt.

7. All of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

### IV. FACTUAL ALLEGATIONS

8. Mwalwa was born in Kenya and is African.

9. Mwalwa began working for Indiana University Health on or about March 19, 2007.  Most recently, she served as a Polysomnographic Technician.

10. On or about October 1, 2013, Joseph Risner, Manager, informed Mwalwa that she would be laid off effective December 4, 2013.

11. Risner indicated that the decision to lay Mwalwa off was based on her Contribution Management Scores.

12. Similarly situated Caucasian and American-born individuals with similar or lower Contribution Management Scores were not laid off.  Specifically, Michelle Kehr, Kerri Arvin and Erica Hubbel all had similar or lower contribution management scores than Mwalwa, but were not laid off.

13. Mwalwa was one of the four individuals with the highest Contribution

Management Scores. The other three individuals were male. Unlike Mwalwa, the three males were retained.

### V. CAUSES OF ACTION

#### COUNT I: RACE DISCRIMINATION

14. Mwalwa hereby incorporates paragraphs one (1) through thirteen (13) of her Complaint.

15. Defendant discriminated against Mwalwa based on her race.

16. Defendant's actions were intentional, willful and in reckless disregard of Mwalwa's rights as protected by Title VII of the Civil Rights Act of 1964.

17. Mwalwa suffered damages as a result of Defendant's unlawful actions.

#### COUNT II: NATIONAL ORIGIN DISCRIMINATION

18. Mwalwa hereby incorporates paragraphs one (1) through seventeen (17) of her Complaint.

19. Defendant discriminated against Mwalwa based on his national origin.

20. Defendant's actions were intentional, willful and in reckless disregard of Mwalwa's rights as protected by Title VII of the Civil Rights Act of 1964.

21. Mwalwa suffered damages as a result of Defendant's unlawful actions.

#### COUNT III: GENDER DISCRIMINATION

22. Mwalwa hereby incorporates paragraphs one (1) through twenty-one (21) of her Complaint.

23. Defendant discriminated against Mwalwa based on her gender.

24. Defendant's actions were intentional, willful and in reckless disregard of Mwalwa's rights as protected by Title VII of the Civil Rights Act of 1964.

25. Mwalwa suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Joyce Mwalwa, respectfully requests that this Court enter judgment in her favor and award her the following relief:

1. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

2. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

3. Compensatory damages;

4. Punitive damages;

5. All costs and attorney's fees incurred as a result of bringing this action;

6. Pre- and post-judgment interest on all sums recoverable; and

7. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Andrew Dutkanych III
Andrew Dutkanych III, Atty No. 23551-49
411 Main Street
Evansville, Indiana 47708
Telephone: (812)424-1000
Facsimile: (812) 424-1005
Email: ad@bdlegal.com
Attorneys for Plaintiff, Joyce Mwalwa

## DEMAND FOR JURY TRIAL

Plaintiff, Joyce Mwalwa, by counsel, requests a trial by jury on all issues deemed so triable.

        Respectfully submitted,

        BIESECKER DUTKANYCH & MACER, LLC

        By: /s/ Andrew Dutkanych III
        Andrew Dutkanych III, Atty No. 23551-49
        411 Main Street
        Evansville, Indiana 47708
        Telephone: (812)424-1000
        Facsimile: (812) 424-1005
        Email: ad@bdlegal.com
        Attorneys for Plaintiff, Joyce Mwalwa